

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF R. A. JR., | § | No. 08-23-00273-CV |
| A JUVENILE. | § | Appeal from the |
| | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2300050) |

## **MEMORANDUM OPINION**

Appellant, a juvenile, has filed a motion to voluntarily dismiss his appeal pursuant to Texas Rule of Appellate Procedure 42.2.

Texas Rule of Appellate Procedure 42.2 governs the dismissal of criminal appeals. TEX. R. APP. P. 42.2. By virtue of Texas Family Code section 56.01(b), because this is a juvenile case, R. A., Jr.'s motion to dismiss is governed by Texas Rule of Appellate Procedure 42.1. *See* TEX. FAM. CODE ANN. § 56.01(b) (providing that juvenile appeals are governed by the rules of civil cases); *see also* TEX. R. APP. P. 42.1 (governing the dismissal of civil appeals). And in the case of a juvenile, this Court requires that a written waiver of the right to appeal comply with Texas Family Code § 51.09. *See In re E. J. E.*, 557 S.W.3d 615, 617 (Tex. App.—El Paso 2017, opin. on motion)

(holding that to voluntarily dismiss an appeal, a juvenile appellant must waive the right to appeal in accordance with § 51.09 of the Family Code).

Section 51.09 requires "(1) a waiver made by the child and the attorney for the child; (2) the child and the attorney waiving the right are informed of and understand the right and the possible consequences of waiving it; (3) the waiver is voluntary; and (4) the waiver is made in writing or in court proceedings that are recorded." TEX. FAM. CODE. ANN. § 51.09. Appellant's motion contains all the requirements of § 51.09 and is signed by Appellant and his attorney. *See In re E. J. E.*, 557 S.W.3d at 617 ("[Waiver] can be accomplished by including the appropriate waiver language in the motion and having the juvenile sign the motion[.]"). Accordingly, we grant R. A.'s motion and dismiss this appeal.


LISA J. SOTO, Justice

January 26, 2024

Before Alley, C.J., Palafox and Soto, JJ.